# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

In Re:

    Catherine Johnson                                                     **Chapter 13**

    **Debtors.**                                                      **Case No. 10-73503**

## ORDER

**ON THIS DAY CAME THE DEBTOR**, Catherine Johnson, by Counsel and moved this Court to excuse her mandatory requirement to complete a debtor education course in personal financial management and completion of 1328 certification as required under 11 USC of the United States Bankruptcy Court, and it appearing proper to do so it is

**ORDERED** that the debtor is excused from completing her Debtor Education Course in Personal Financial Management for good cause shown, and it is further

**ORDERED** that the debtor is excused from filing the 1328 certification, for good cause shown, it is further

**ORDERED** that a copy of this **ORDER** shall be mailed to:

Steve C. Taylor
Counsel for the Debtor
133 Mt. Pleasant Rd
Chesapeake, VA 23322

Michael P. Cotter
Chapter 13 Trustee
870 Greenbrier Cir, Suite 402
Chesapeake, VA 23320

Catherine Johnson
16 Wolcott Street

Steve C. Taylor, Esquire
LAW OFFICES OF STEVE C. TAYLOR, P.C.
133 Mt. Pleasant Road
Chesapeake, VA 23322
(757)482-5705
VSB: 31174

Newhaven, CT 06513

May 8 2013

Entered:

/s/ Frank J. Santoro
_____
Judge

I ask for this:

/s/ Sreve C. Taylor
Steve C. Taylor, Esq.
Counsel for the Debtor

Entered on Docket:  May 8 2013

Seen:

/s/ Michael P. Cotter
Michael P. Cotter
Chapter 13 Trustee

CERTIFICATE OF ENDORSEMENT
I hereby certify that all parties necessary have endorsed this order.

/s/ Steve C. Taylor
Steve C. Taylor
Counsel for the Debtor

Additional parties to be noticed:
    Steve C. Taylor

Steve C. Taylor, Esquire
LAW OFFICES OF STEVE C. TAYLOR, P.C.
133 Mt. Pleasant Road
Chesapeake, VA 23322
(757)482-5705
VSB: 31174

Counsel for the Debtor
133 Mt. Pleasant Rd
Chesapeake, VA 23322

Michael P. Cotter
Chapter 13 Trustee
870 Greenbrier Cir, Suite 402
Chesapeake, VA 23320


Catherine Johnson
16 Wolcott Street
Newhaven, CT 06513










Steve C. Taylor, Esquire
LAW OFFICES OF STEVE C. TAYLOR, P.C.
133 Mt. Pleasant Road
Chesapeake, VA 23322
(757)482-5705
VSB: 31174